# UNITED STATES DISTRICT COURT

Western _____ District of _____ Arkansas

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| VIENGXAY SOUVANDY | Case Number: 2:02CR20068-001 |
| | USM Number: 06519-010 |
| | Jack Schisler |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  2 New Law Violations, Std. Conds. #1, #2, and #11, and Failure to Pay Restitution
☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Arrested for Overdraft Under $500.00 on 01/24/2006 | 01/24/2006 |
| New Law Violation | Arrested for Endangering Welfare of Minor 2nd Degree 01/24/2006 | 01/24/2006 |
| Standard Condition #1 | Leaving the District without Permission 03/2005 and 10/2005 | 10/2005 |
| Standard Condition #2 | Failure to Report 01/2006 and 02/2006 | 02/2006 |
| Standard Condition #11 | Failure to Notify of Arrest or Questioning by Law Enforcement | 01/24/2006 |
| Standard Monetary Condition | Failure to Pay Restitution | 03/2006 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX/XX/4467

Defendant's Date of Birth: XX/XX/1977

Defendant's Residence Address:

XXXXXXXXXXXXX

Fort Smith, AR 72904

Defendant's Mailing Address:

Same as above

April 03, 2006
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, United States District Judge
Name and Title of Judge

April 03, 2006
Date

DEFENDANT: VIENGXAY SOUVANDY
CASE NUMBER: 2:02CR20068-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **thirty (30) months**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT: VIENGXAY SOUVANDY
CASE NUMBER: 2:02CR20068-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 7, Part A.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 44,643.01* |

*Balance owed on original restitution $43,973.01

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| First National Bank<br>Attn: Charles Cook<br>P. O. Box 7<br>Fort Smith, AR 72902<br>Ref: Veingxay Souvandy | | $3,000.00 | |
| Superior Federal<br>Attn: Jennifer Phillips<br>5000 Rogers Avenue<br>Ft. Smith, AR 72903<br>Ref. Viengxay Souvandy | | $2,850.00 | |
| **TOTALS** | $ | $ $44,643.01 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    X the interest requirement is waived for the  X fine and/or restitution.

    ☐ the interest requirement for the  ☐ fine and/or  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:       VIENGXAY SOUVANDY
CASE NUMBER:     2:02CR20068-001

# ADDITIONAL RESTITUTION PAYEES

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| First Resource Federal Credit Union<br>CUNA Mutual Group (Attn: Diane Leigh)<br>P. O. Box 1084<br>5910 Mineral Point Road<br>Madison, Wisconsin 53701-1084<br>Claim # B 630237 | | $4,255.28 | |
| Sears National Bank/Fraud Department<br>P. O. Box 2050 (Attn: Restitution)<br>Tempe, AZ 85280<br>Ref: Viengxay Souvandy Acct.#5121071745194732 | | $12,029.74 | |
| Regions Bank<br>Attn: Cathy Garner<br>723 Garrison Avenue<br>Fort Smith, AR 72901<br>Ref: Viengxay Souvandy | | $4,232.55 | |
| Citicorp Credit Services, Inc.<br>Attn: Kevin Miller<br>14700 Citicorp Drive<br>Hagerstown, MD 21742<br>Ref. #: 5491130376791448 | | $5,704.68 | |
| GE Credit Services | | $3,396.53 | |
| Vilay Phoumy<br>4725 Johnson<br>Fort Smith, AR 72901 | | $9,174.23 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: VIENGXAY SOUVANDY
CASE NUMBER: 2:02CR20068-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below); or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.